UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VERLAINE CHAMBERS, Personal
Representative of the Estate of
Victor Chambers, Deceased,

       Plaintiff,

v.

FATHER MURRAY NURSING AND
REHABILITATION CENTRE, LLC,

       Defendant.

Case No. 25-cv-50261
Hon. Matthew F. Leitman

_____/

## <u>ORDER DISMISSING CASE</u>

Pursuant to the Notice of Withdrawal of Plaintiff's Motion to Compel Compliance With Trial Court's Order to Show Cause by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                      s/Matthew F. Leitman
                      MATTHEW F. LEITMAN
                      UNITED STATES DISTRICT JUDGE

Dated:  April 16, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 16, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126